DYKEMA GOSSETT LLP
Craig N. Hentschel, SBN: 66178
   *chentschel@dykema.com*
S. Christopher Winter, SBN: 190474
   *kwinter@dykema.com*
333 South Grand Avenue
Suite 2100
Los Angeles, CA 90071
Tel.: (213) 457-1800
Fax: (213) 457-1850

ROPES & GRAY LLP
Laurence S. Rogers (*Pro Hac Vice*)
   *laurence.rogers@ropesgray.com*
Ching-Lee Fukuda (*Pro Hac Vice*)
   *ching-lee.fukuda@ropesgray.com*
1211 Avenue of the Americas
New York, NY 10036-8704
Tel.: (212) 596-9000
Fax: (212 596-9090

ROPES & GRAY LLP
Matthew J. Rizzolo (*Pro Hac Vice*)
   *matthew.rizzolo@ropesgray.com*
700 12th Street, NW, Suite 900
Washington, DC 20005-3948
Tel.: (202) 508-4600
Fax: (202) 508-4650

Attorneys for Plaintiff
Spark Networks USA, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SPARK NETWORKS USA, LLC, | Case No. 2:11-CV-01430 JHN (JEM) |
| *Plaintiff,* | **DECLARATION OF MATTHEW J. RIZZOLO** |
| v. | |
| HUMOR RAINBOW, INC. and ZOOSK, INC., | |
| *Defendants.* | |

I, Matthew J. Rizzolo, hereby declare as follows:

1. I am an associate with the law firm of Ropes & Gray LLP, and one of the attorneys for Plaintiff Spark Networks USA, LLC ("Spark") in this action.

2. I submit this declaration in support of Spark's Memorandum in Opposition to Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), filed concurrently herewith. Except where explicitly stated otherwise, I have personal knowledge of the statements made herein.

3. Attached as Exhibit A is a true and correct copy of Sudai et al., U.S. Patent No. 5,950,200 ("the '200 patent").

4. Attached as Exhibit B is a true and correct copy of the prosecution history of the '200 patent.

5. Attached as Exhibit C is a true and correct copy of Herz et al., U.S. Patent No. 5,754,939, which was cited as prior art during the prosecution of the '200 patent.

6. Attached as Exhibit D are true and correct copies of the title page, the copyright page, and certain additional pages from the Microsoft Press Computer Dictionary (3d ed. 1997).

7. Attached as Exhibit E are true and correct copies of the title page, the copyright page, and certain additional pages from Random House Webster's Computer & Internet Dictionary (3d ed. 1998).

8. Attached as Exhibit F is a true and correct copy of portions of Chapters 700 and 2100 of the Manual of Patent Examining Procedure (6th ed., rev. 3, July 1997) relating to the examination of patents for compliance with 35 U.S.C. § 101.

9. Attached as Exhibit G is a true and correct copy of the United States District Court for the Central District of California's February 8, 2011

1  Order Denying Defendants' Motion for Summary Judgment of Invalidity Based
2  On Lack of Patentable Subject Matter and Granting Plaintiff's Motion to Stay
3  Pending Reexamination in *Big Baboon, Inc. v. Dell, Inc.*, No. 2:09-cv-01198 (dkt.
4  no. 384).

13  I declare under penalty of perjury that the foregoing is true and
14  correct.

16  Executed this 13th day of June 2011.

_____
Matthew J. Rizzolo